IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:25cr31 |
| ) | |
| ALEX TYLER BUENAGA, ) | |
| ) | |
| *Defendants.* ) | |

## WAIVER OF TRIAL BY JURY

On March 19, 2025, a Grand Jury sitting in the Eastern District of Virginia issued a fifteen-count indictment against Alex Buenaga, charging him with various violations of 18 U.S.C. § 2251(a) (production of child pornography), 18 U.S.C. § 2252A(a)(2)(A) (distribution of child pornography), 18 U.S.C. § 2422(b) (enticement and coercion), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography). On April 2, 2025, Mr. Buenaga was arraigned on the charges. He entered pleas of not guilty and requested a trial by jury. ECF No. 25. On December 3, 2025, a superseding indictment was filed which alleged each of the previous charges. ECF No. 56. On December 10, 2025, Mr. Buenaga was arraigned on the superseding indictment and entered a plea of not guilty and requested a trial by jury.

Having heretofore been furnished a copy of the Indictments against him, having been fully advised by the Court and counsel of the nature of the charge(s), and of the possible sentence or sentences resulting from such charge(s), and having further been fully advised by the Court and counsel of his 6th Amendment right to a trial by a jury,

Mr. Buenaga hereby knowingly, freely, and voluntarily waives his right to a trial by jury on said charge(s) and requests and consents to trial by the court without a jury.

_____
Alex Tyler Buenaga

__12__, __17__, 2025

Respectfully Submitted,

ALEX TYLER BUENAGA

By:  _____/s/_____
Rodolfo Cejas, II
Virginia Bar No. 27996
Assistant Federal Public Defender
Counsel for Alex Tyler Buenaga
Office of the Federal Public Defender
500 East Main Street, Suite 500
Norfolk, Virginia 23510
Ph.: 757-457-0800
Facsimile: 757-457-0880
Email: rodolfo_cejas@fd.org