IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA

v.                                                      Case No. 2:25cr31

ALEX TYLER BUENAGA,

        Defendant.

## <u>NOTICE OF APPEARANCE</u>

This notice is to advise the Court that Suzanne V. Suher Katchmar, Assistant Federal

Public Defender, will substitute as counsel for the above-referenced defendant on behalf of the

Office of the Federal Public Defender.

Respectfully submitted,

ALEX TYLER BUENAGA

By:_____/s/_____
            Suzanne V. Suher Katchmar
            Virginia Bar No.: 37387
            Attorney for Alex Tyler Buenaga
            Office of the Federal Public Defender
            500 East Main Street, Suite 500
            Norfolk, Virginia 23510
            Telephone:    (757) 457-0890
            Facsimile:    (757) 457-0880
            Suzanne_Katchmar@fd.org