

MAR 2 5 2026

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 2:25cr31 |
| | ) | |
| ALEX TYLER BUENAGA, | ) | |
| | ) | |
| *Defendant.* | ) | |

## STATEMENT OF FACTS

The parties stipulate that the allegations in Counts One, Three, and Fourteen contained in the superseding indictment and the following facts are true and correct, and that had the matter gone to trial, the United States would have proven them beyond a reasonable doubt with credible and admissible evidence.

1. On January 22, 2025, the Federal Bureau of Investigation (FBI) National Threat Operations Center received an emergency tip that a user of the Telegram instant messaging application was producing and distributing child sexual abuse material (CSAM). An undercover FBI agent engaged in an online conversation with this Telegram user and began communicating with him over Telegram and Reddit. The Telegram user distributed CSAM to the undercover FBI agent and bragged about producing CSAM with a six-month-old infant. FBI agents sent emergency requests to Reddit who identified the email account associated with the Reddit account as "buenagaalex@gmail.com". Further database checks revealed that email belonged to the defendant, ALEX TYLER BUENAGA.

2. Both Telegram and Reddit necessarily utilizes the Internet. The Internet is an

1

interconnected network of computers with which one communicates when on-line, is a network that crosses state and national borders, and is a facility of interstate and foreign commerce.

3.      On January 24, 2025, the undercover FBI agent learned from BUENAGA that he was expecting another man to come to his home and aid him in sexually abusing the six-month-old infant and sent a photo of himself with the infant in what appeared to be real time.    FBI agents and its Violent Crimes Task Force located BUENAGA's residence and set up an operation to prevent further abuse of the infant.    On January 24, 2025, another man showed up to BUENAGA's residence and both were arrested before they could inflict anymore abuse on the infant.    Agents seized electronic devices from BUENAGA and the other individual, later identified as Ryan Wade Johnston and found the infant unharmed in a bedroom in the residence in a car seat.    Near her was a camera on a tripod, a necktie attached to the bed frame, and a jar of Vaseline.

4.      FBI Agents obtained search warrants for the electronics seized from BUENAGA and Johnston.    Forensic analysis of BUENAGA's devices revealed that beginning in October of 2024, when the infant was only 3-months old, BUENAGA began sexually abusing her and recording it.    Specifically, on October 30, 2024, BUENAGA took a picture of himself performing oral sex on the 3-month-old and is the image file specified in Count One of the superseding indictment.    Forensic examiners found at least 90 images and videos of BUENAGA sexually abusing the infant in a variety of ways, such as using the necktie found at the residence to tie her to the bed, utilizing the Vaseline for lubrication to penetrate her vagina with his fingers and other objects (Count 3), digitally penetrating and exposing her anus to the camera, placing his penis in her mouth and rubbing it along her genitals, and smoking

methamphetamines and blowing the smoke into her face.    Some of these images and videos form the basis Counts One and Three in the superseding indictment and bear the filenames and dates as listed in those Counts in the superseding indictment.

5.    Agents also reviewed BUENAGA's chat history.    Investigators determined that BUENAGA was chatting with numerous other users on Telegram and Reddit and offering up the infant for these users to come smoke methamphetamines with him and sexually abuse the infant. In fact, Ryan Wade Johnston had arrived at BUENAGA's residence for that very purpose.    The pair has spent several days chatting with each other over various platforms discussing their desire to molest the infant and potentially molest minors to whom Johnston had access.    In multiple chats with other users, BUENAGA expressed consciousness of his guilt by expressing concern that these users might in fact be "cops" or Chris Hanson, the television journalist who made a name for himself exposing child sexual predators on various television news programs.

6.    The following chat exchange was recovered from Johnston's phone:

AB:    I'm not going anywhere else. Me you and [the infant] at 1

AB:    No one else

RJ:    1245 im back and we have a couple hours of free private time can I stroke my cock while u touch her. Or maybe I'm really wanting to suck ur cock for some reason I'm usually not that horny for it but I want to

RJ:    Especially when I hit that pipe I'll do anything u want

AB:    You can touch her too if you want

RJ:    Let's watch u then see how we feel i will absolutely love 2 but we will.go with how we feel

RJ:    Maybe kiss her

RJ:    A little taste would make my cock explode

3

...

RJ:    I'm assuming u do delete messages right i domt ever keep them just in case that one time my phone magically opens. Never has but I know u know

AB:    Every 6 hours I delete but that's why I like telegram or session better

RJ:    I think u and I will get along just fine

...

AB:    This dude wants to taste [the infant's] pussy

[AB then sent an image of a black male's penis.]

RJ:    No no no me only

7.      With respect to Counts One and Three, on the dates and locations listed in the superseding indictment, BUENAGA created various image and video files depicting himself sexually abusing and assaulting the infant in the ways described above.

8.      With respect to Count Fourteen, BUENAGA used various communications apps, such as Telegram and Reddit, to recruit Ryan Wade Johnston, and others both known and unknown, to persuade, induce, coerce, and entice the victimization of the infant by aggravated sexual battery, as defined by Virginia Code § 18.2-67.3.

9.      The defendant's participation in the events described above was undertaken knowingly, intentionally, and unlawfully, and not as a result of an accident, mistake, or other innocent reason.

10.     The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offense charged in this case.

4

Respectfully submitted,

Todd W. Blanche
Deputy Attorney General

By: _____

Joseph L. Kosky
Assistant United States Attorney

5

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, ALEX TYLER BUENAGA, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

ALEX TYLER BUENAGA
Defendant


I am Suzanne Katchmar, ALEX TYLER BUENAGA's attorney.    I have carefully reviewed the above Statement of Facts with him.    To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

Suzanne Katchmar, Esq.
Attorney for ALEX TYLER BUENAGA

6