IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 2:25cr31-01 |
| | ) | |
| ALEX TYLER BUENAGA, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEAL**

NOTICE is hereby given that Alex Tyler Buenaga, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final order entered on October 27, 2026. *See* ECF No. 101.

Respectfully submitted,

ALEX TYLER BUENAGA

By:__________/s/______________________

Suzanne Victoria Suher Katchmar
Virginia State Bar No. 37387
Assistant Federal Public Defender
Office of the Federal Public Defender
Attorney for Alex Tyler Buenaga
500 Main Street, Suite 500
Norfolk, Virginia 23510
Telephone: (757) 457-0890
Facsimile: (757) 457-0880
suzanne_katchmar@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of November 2026, a true and correct copy of the foregoing will be filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

I FURTHER CERTIFY that a true and correct copy of this Notice of Appeal will be sent by U.S. Mail to the following non-filer:

Alex Tyler Buenaga
Western Tidewater Regional Jail
2402 Godwin Boulevard
Suffolk, Virginia 23434

/s/

Suzanne Victoria Suher Katchmar
Virginia State Bar No. 37387
Assistant Federal Public Defender
Office of the Federal Public Defender
Attorney for Alex Tyler Buenaga
500 Main Street, Suite 500
Norfolk, Virginia 23510
Telephone: (757) 457-0890
Facsimile: (757) 457-0880
suzanne_katchmar@fd.org